| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Saglara Mills <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5969 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–24115–RG | |

# Order of Discharge                                                                 **12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Saglara Mills
fdba Rosmar Construction, LLC, fdba Lifecare
Family Chiropractic, PC, fdba Village Electrical
Contractor, LLC, fdba Brooklyn Precision
Chiropractic PC

<u>10/19/18</u>                                              **By the court:**   <u>Rosemary Gambardella</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-24115-RG
Saglara Mills                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Oct 19, 2018
                              Form ID: 318             Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2018.
db         +Saglara Mills,    16 Hollywood Avenue,    Cranford, NJ 07016-3114
cr         +LAKEVIEW LOAN SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
             Suite 100,    Mt. Laurel, NJ 08054-3437
517644889   American Anesthesiology of NJ,    94 Old Short Hills Road #103a,    Livingston, NJ 07039-5672
517644892   Bloomingdales,    PO Box 183083,    Atlanta, GA 30348
517644893  +Bluevine Capital, Inc.,    401 Warren Street,    Suite 300,    Redwood City, CA 94063-1578
517644897  +Citibank/Home Depot,    Client Services, Inc.,    PO Box 1503,    Saint Peters, MO 63376-0027
517644898   City Electric Supply,    619 Grand Street & Johnson Ave,    Jersey City, NJ 07304
517644900  +Craig J. Miklencic,    207 South Union Ave,    Cranford, NJ 07016-2807
517644901  +Cranford Twp Building Dept,    8 Springfield Ave,    Cranford, NJ 07016-2181
517644902  +Daimler Truck Financial,    8430 W Bryn Mawr Ave,    Chicago, IL 60631-3473
517644903   Frost-Arnett Co.,    PO Box 198988,    Nashville, TN 37219-8988
517644904  +IRMS at Saint Barnabas,    116 Newark Ave,    2nd Fl,    Jersey City, NJ 07302-2960
517644905  +Jose Rosario,    16 Hollywood Avenue,    Cranford, NJ 07016-3114
517644906  +Lakeview Loan Servicing,    PO Box 8068,    Virginia Beach, VA 23450-8068
517644908  +Liberty Mutual Insurance Co,    200 Cottontail Lane,    Ste A101W,    Somerset, NJ 08873-1231
517644913  +NJ Dept of Labor & Workforce Development,    1 John Fitch Plz,    Trenton, NJ 08611-1760
517644910  +Navient,    123 Justison Street,    Wilmington, DE 19801-5360
517644911   Newark Ironbound Electrical Supply Co,    261 South Street,    Newark, NJ 07114
517644912  +NextWave Enterprises, LLC,    5757 Blue Lagoon Drive,    Suite 170,    Miami, FL 33126-2615
517644915  +PenFed,    23 Little Falls Road,    Fairfield, NJ 07004-1912
517644916  +Ricardo P. Gonzalez, Esq.,    111 Northfield Ave,    Ste 203,    West Orange, NJ 07052-4703
517644918  +Rosmar Construction, LLC,    16 Hollywood Ave,    Cranford, NJ 07016-3114
517644917  +Rosmar Construction, LLC,    16 Hollywood Ave,    Clifton, NJ 07014
517644919  +State of NJ,    Division of Wage & Hour Compliance,    1 John Fitch Plz #3,
             Trenton, NJ 08611-1760
517644921  +T&T Industries,    1835 Dawns Way #A,    Fullerton, CA 92831-5301
517644923  +Village Electrical Contractors LLC,    16 Hollywood Ave,    Cranford, NJ 07016-3114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2018 00:12:33     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2018 00:12:28     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
cr         +EDI: RMSC.COM Oct 20 2018 03:43:00      Synchrony Bank c/o PRA Receivables Management, LLC,
             PO BOX 41021,    Norfolk, VA 23541-1021
517644888  +EDI: AFNIRECOVERY.COM Oct 20 2018 03:43:00      Afni,    1310 Martin Luther King Drive,
             PO Box 3427,    Bloomington, IL 61702-3427
517644890  +EDI: BANKAMER.COM Oct 20 2018 03:43:00      Bank of America,    Attn: Correspondence Unit,
             CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
517644896   EDI: CITICORP.COM Oct 20 2018 03:43:00      Citibank Sd, Na,    Attn: Centralized Bankruptcy,
             Po Box 20363,    Kansas City, MO 64195
517644894  +EDI: CAPITALONE.COM Oct 20 2018 03:43:00      Capital One,    Bankruptcy Department,
             1680 Capital One Drive,    Mc Lean, VA 22102-3407
517644895  +EDI: CHASE.COM Oct 20 2018 03:43:00      Chase,    Attn: Bankruptcy Dept,    Po Box 15298,
             Wilmington, DE 19850-5298
517644899   EDI: WFNNB.COM Oct 20 2018 03:43:00      Comenity Bank,    Attn: Bankruptcy,    P.O. Box 182125,
             Columbus, OH 43218-2125
517644907  +EDI: TFSR.COM Oct 20 2018 03:43:00      Lexus Financial Services,    PO Box 105386,
             Atlanta, GA 30348-5386
517644909  +EDI: DAIMLER.COM Oct 20 2018 03:43:00      Mercedes Benz Financial Services,    PO Box 685,
             Roanoke, TX 76262-0685
517644914  +E-mail/Text: bnc@nordstrom.com Oct 20 2018 00:11:49     Nordstrom Bank,    PO Box 79134,
             Phoenix, AZ 85062-9134
517644920   EDI: RMSC.COM Oct 20 2018 03:43:00      Synchrony Bank,    Attn: Bankruptcy,    PO Box 965061,
             Orlando, FL 32896-5061
517646578  +EDI: RMSC.COM Oct 20 2018 03:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
             PO Box 41021,    Norfolk, VA 23541-1021
517797521   EDI: BL-TOYOTA.COM Oct 20 2018 03:43:00      Toyota Motor Credit Corporation,
             c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517644922  +EDI: ECMC.COM Oct 20 2018 03:43:00      Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,
             Saint Paul, MN 55116-0448
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517644891*    +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
               Simi Valley, CA 93062-5170
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2              User: admin                  Page 2 of 2                Date Rcvd: Oct 19, 2018
                                  Form ID: 318                 Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2018 at the address(es) listed below:
          Barbara   Edwards     bedwardstrustee@aol.com,  NJ48@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Nicholas V. Rogers    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Scott J. Goldstein     on behalf of Debtor Saglara  Mills sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```