UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Saglara Mills, Debtor(s).

Case No.: 18-24115-RG
Chapter: 7
Judge: Gambardella

### NOTICE OF PROPOSED ABANDONMENT

__Barbara A. Edwards__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, US Bankruptcy Court, DNJ
PO Box 1352
Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __11/27/2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3E__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Real property located at 16 Hollywood Avenue, Cranford, NJ. Fair Market Value: $300,000.00. After taking into consideration the mortgage, administrative costs of sale and debtor's exemption, no monies will be remaining for distribution to unsecured creditors herein.

Liens on property: Subject to mortgage held by Lakeview Loan Servicing, LLC in the approximate amount of $275,339.76

Amount of equity claimed as exempt: $23,675.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barbara A. Edwards, Interim Trustee
Address: Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410
Telephone No.: 201-796-3100

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                                    Case No. 18-24115-RG
Saglara Mills                                                             Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2            User: admin                 Page 1 of 2      Date Rcvd: Oct 25, 2018
                                Form ID: pdf905             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
db             +Saglara Mills,   16 Hollywood Avenue,    Cranford, NJ 07016-3114
cr             +LAKEVIEW LOAN SERVICING, LLC,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,
                 Suite 100,   Mt. Laurel, NJ 08054-3437
517644889       American Anesthesiology of NJ,   94 Old Short Hills Road #103a,   Livingston, NJ 07039-5672
517644890      +Bank of America,   Attn: Correspondence Unit,   CA6-919-02-41,   Po Box 5170,
                 Simi Valley, CA 93062-5170
517644892       Bloomingdales,   PO Box 183083,   Atlanta, GA 30348
517644893      +Bluevine Capital, Inc.,   401 Warren Street,   Suite 300,   Redwood City, CA 94063-1578
517644896     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:  Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20363,
                 Kansas City, MO 64195)
517644895      +Chase,   Attn: Bankruptcy Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517644897      +Citibank/Home Depot,   Client Services, Inc.,   PO Box 1503,   Saint Peters, MO 63376-0027
517644898       City Electric Supply,   619 Grand Street & Johnson Ave,   Jersey City, NJ 07304
517644900      +Craig J. Miklencic,   207 South Union Ave,   Cranford, NJ 07016-2807
517644901      +Cranford Twp Building Dept,   8 Springfield Ave,   Cranford, NJ 07016-2181
517644902      +Daimler Truck Financial,   8430 W Bryn Mawr Ave,   Chicago, IL 60631-3473
517644903       Frost-Arnett Co.,   PO Box 198988,   Nashville, TN 37219-8988
517644904      +IRMS at Saint Barnabas,   116 Newark Ave,   2nd Fl,   Jersey City, NJ 07302-2960
517644905      +Jose Rosario,   16 Hollywood Avenue,   Cranford, NJ 07016-3114
517644906      +Lakeview Loan Servicing,   PO Box 8068,   Virginia Beach, VA 23450-8068
517644907      +Lexus Financial Services,   PO Box 105386,   Atlanta, GA 30348-5386
517644908      +Liberty Mutual Insurance Co,   200 Cottontail Lane,   Ste A101W,   Somerset, NJ 08873-1231
517644913      +NJ Dept of Labor & Workforce Development,   1 John Fitch Plz,   Trenton, NJ 08611-1760
517644910      +Navient,   123 Justison Street,   Wilmington, DE 19801-5360
517644911       Newark Ironbound Electrical Supply Co,   261 South Street,   Newark, NJ 07114
517644912      +NextWave Enterprises, LLC,   5757 Blue Lagoon Drive,   Suite 170,   Miami, FL 33126-2615
517644915      +PenFed,   23 Little Falls Road,   Fairfield, NJ 07004-1912
517644916      +Ricardo P. Gonzalez, Esq.,   111 Northfield Ave,   Ste 203,   West Orange, NJ 07052-4703
517644918      +Rosmar Construction, LLC,   16 Hollywood Ave,   Cranford, NJ 07016-3114
517644917      +Rosmar Construction, LLC,   16 Hollywood Ave,   Clifton, NJ 07014
517644919      +State of NJ,   Division of Wage & Hour Compliance,   1 John Fitch Plz #3,
                 Trenton, NJ 08611-1760
517644921      +T&T Industries,   1835 Dawns Way #A,   Fullerton, CA 92831-5301
517797521       Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
517644922      +Us Dept Of Education,   Attn: Bankruptcy,   Po Box 16448,   Saint Paul, MN 55116-0448
517644923      +Village Electrical Contractors LLC,   16 Hollywood Ave,   Cranford, NJ 07016-3114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2018 23:08:46     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2018 23:08:41     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 23:12:53
                 Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
517644888      +E-mail/Text: EBNProcessing@afni.com Oct 25 2018 23:08:56     Afni,
                 1310 Martin Luther King Drive,   PO Box 3427,   Bloomington, IL 61702-3427
517644894      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2018 23:12:24     Capital One,
                 Bankruptcy Department,   1680 Capital One Drive,   Mc Lean, VA 22102-3407
517644899       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 25 2018 23:08:28     Comenity Bank,
                 Attn: Bankruptcy,   P.O. Box 182125,   Columbus, OH 43218-2125
517644909      +E-mail/Text: M74banko@daimler.com Oct 25 2018 23:09:41     Mercedes Benz Financial Services,
                 PO Box 685,   Roanoke, TX 76262-0685
517644914      +E-mail/Text: bnc@nordstrom.com Oct 25 2018 23:07:55     Nordstrom Bank,   PO Box 79134,
                 Phoenix, AZ 85062-9134
517644920       E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 23:12:54     Synchrony Bank,
                 Attn: Bankruptcy,   PO Box 965061,   Orlando, FL 32896-5061
517646578      +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 23:13:31     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517644891*     +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,
                 Simi Valley, CA 93062-5170
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2                  User: admin                     Page 2 of 2                  Date Rcvd: Oct 25, 2018
                                      Form ID: pdf905                 Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
          Barbara     Edwards     on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
           NJ48@ecfcbis.com
          Barbara     Edwards    bedwardstrustee@aol.com,  NJ48@ecfcbis.com
          Denise E.  Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Nicholas V. Rogers    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          Scott J. Goldstein    on behalf of Debtor Saglara   Mills sjg@sgoldsteinlaw.com,
           cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```