Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>Case No.: 18–24115–RG
>Chapter: 7
>Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Saglara Mills
  fdba Rosmar Construction, LLC, fdba
  Lifecare Family Chiropractic, PC, fdba
  Village Electrical Contractor, LLC, fdba
  Brooklyn Precision Chiropractic PC
  16 Hollywood Avenue
  Cranford, NJ 07016

Social Security No.:
  xxx–xx–5969

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Barbara Edwards is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 27, 2018</u>        <u>Rosemary Gambardella</u>
                                       Judge, United States Bankruptcy Court