FORM NOA (Notice of Assets and Deadline to File Proof of Claim)

## NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number:  973−645−4764

Honorable Rosemary Gambardella, U.S. Bankruptcy Judge

| | |
|---|---|
| **CASE NUMBER:  18−24115−RG** | **DATE FILED:: 7/15/18** |
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Saglara Mills<br>fdba Rosmar Construction, LLC, fdba Lifecare Family Chiropractic, PC, fdba Village Electrical Contractor, LLC, fdba Brooklyn Precision Chiropractic PC<br>xxx−xx−5969 | ADDRESS OF DEBTOR(S):<br><br>16 Hollywood Avenue<br>Cranford, NJ 07016 |
| DEBTOR'S ATTORNEY:<br>Scott J. Goldstein<br>Law Offices of Scott J. Goldstein, LLC<br>280 West Main Street<br>Denville, NJ 07834<br><br>973−453−2838 | TRUSTEE:<br>Barbara Edwards<br>Muscarella,Bochet,Edwards & D'Alessandro<br>10−04 River Road<br>Fair Lawn, NJ 07410<br>(201) 796−3100 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

3/11/21

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: December 11, 2020

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 18-24115-RG |
|---|---|
| Saglara Mills | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: noa | Total Noticed: 42 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saglara Mills, 16 Hollywood Avenue, Cranford, NJ 07016-3114 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517644889 | | American Anesthesiology of NJ, 94 Old Short Hills Road #103a, Livingston, NJ 07039-5672 |
| 517644892 | | Bloomingdales, PO Box 183083, Atlanta, GA 30348 |
| 517644897 | + | Citibank/Home Depot, Client Services, Inc., PO Box 1503, Saint Peters, MO 63376-0027 |
| 517644898 | | City Electric Supply, 619 Grand Street & Johnson Ave, Jersey City, NJ 07304 |
| 517644900 | + | Craig J. Miklencic, 207 South Union Ave, Cranford, NJ 07016-2807 |
| 517644901 | + | Cranford Twp Building Dept, 8 Springfield Ave, Cranford, NJ 07016-2181 |
| 517644902 | + | Daimler Truck Financial, 8430 W Bryn Mawr Ave, Chicago, IL 60631-3473 |
| 517644904 | + | IRMS at Saint Barnabas, 116 Newark Ave, 2nd Fl, Jersey City, NJ 07302-2960 |
| 517644905 | + | Jose Rosario, 16 Hollywood Avenue, Cranford, NJ 07016-3114 |
| 517644906 | + | Lakeview Loan Servicing, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 517644908 | + | Liberty Mutual Insurance Co, 200 Cottontail Lane, Ste A101W, Somerset, NJ 08873-1231 |
| 517644913 | + | NJ Dept of Labor & Workforce Development, 1 John Fitch Plz, Trenton, NJ 08611-1760 |
| 517644911 | | Newark Ironbound Electrical Supply Co, 261 South Street, Newark, NJ 07114 |
| 517644912 | + | NextWave Enterprises, LLC, 5757 Blue Lagoon Drive, Suite 170, Miami, FL 33126-2076 |
| 517644915 | + | PenFed, 23 Little Falls Road, Fairfield, NJ 07004-1912 |
| 517644916 | + | Ricardo P. Gonzalez, Esq., 111 Northfield Ave, Ste 203, West Orange, NJ 07052-4703 |
| 517644917 | + | Rosmar Construction, LLC, 16 Hollywood Ave, Clifton, NJ 07014 |
| 517644918 | + | Rosmar Construction, LLC, 16 Hollywood Ave, Cranford, NJ 07016-3114 |
| 517644919 | + | State of NJ, Division of Wage & Hour Compliance, 1 John Fitch Plz #3, Trenton, NJ 08611-1760 |
| 517644921 | + | T&T Industries, 1835 Dawns Way #A, Fullerton, CA 92831-5301 |
| 517644923 | + | Village Electrical Contractors LLC, 16 Hollywood Ave, Cranford, NJ 07016-3114 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 11 2020 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 11 2020 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Dec 12 2020 02:13:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517644888 | + | EDI: AFNIRECOVERY.COM | Dec 12 2020 02:13:00 | Afni, 1310 Martin Luther King Drive, PO Box 3427, Bloomington, IL 61702-3427 |
| 517644893 | | Email/Text: andy.shaw@bluevine.com | Dec 11 2020 22:03:00 | Bluevine Capital, Inc., 401 Warren Street, Suite 300, Redwood City, CA 94063 |
| 517644890 | + | EDI: BANKAMER.COM | Dec 12 2020 02:08:00 | Bank of America, Attn: Correspondence Unit, CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 517644896 | | EDI: CITICORP.COM | Dec 12 2020 02:13:00 | Citibank Sd, Na, Attn: Centralized Bankruptcy, Po |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: noa | Total Noticed: 42 |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Box 20363, Kansas City, MO 64195 |
| 517644894 | + EDI: CAPITALONE.COM |  |  |
|  |  | Dec 12 2020 02:13:00 | Capital One, Bankruptcy Department, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 517644899 | EDI: WFNNB.COM |  |  |
|  |  | Dec 12 2020 02:13:00 | Comenity Bank, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 517644903 | Email/Text: bankruptcy@frost-arnett.com |  |  |
|  |  | Dec 11 2020 22:02:00 | Frost-Arnett Co., PO Box 198988, Nashville, TN 37219-8988 |
| 517644895 | EDI: JPMORGANCHASE |  |  |
|  |  | Dec 12 2020 02:13:00 | Chase, Attn: Bankruptcy Dept, Po Box 15298, Wilmington, DE 19850 |
| 517644907 | + EDI: TFSR.COM |  |  |
|  |  | Dec 12 2020 02:13:00 | Lexus Financial Services, PO Box 105386, Atlanta, GA 30348-5386 |
| 517644909 | + EDI: DAIMLER.COM |  |  |
|  |  | Dec 12 2020 02:13:00 | Mercedes Benz Financial Services, PO Box 685, Roanoke, TX 76262-0685 |
| 517644910 | + EDI: NAVIENTFKASMSERV.COM |  |  |
|  |  | Dec 12 2020 02:13:00 | Navient, 123 Justison Street, Wilmington, DE 19801-5363 |
| 517644914 | + Email/Text: bnc@nordstrom.com |  |  |
|  |  | Dec 11 2020 22:03:34 | Nordstrom Bank, PO Box 79134, Phoenix, AZ 85062-9134 |
| 517644920 | EDI: RMSC.COM |  |  |
|  |  | Dec 12 2020 02:13:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 517646578 | + EDI: RMSC.COM |  |  |
|  |  | Dec 12 2020 02:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517797521 | EDI: BL-TOYOTA.COM |  |  |
|  |  | Dec 12 2020 02:13:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517644922 | + EDI: ECMC.COM |  |  |
|  |  | Dec 12 2020 02:08:00 | Us Dept Of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517644891 | *+ | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2020         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed**

below:

| Name | Email Address |
| --- | --- |
| Barbara Edwards | on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com  NJ48@ecfcbis.com |
| Barbara Edwards | bedwardstrustee@aol.com  NJ48@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Nicholas V. Rogers | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Scott J. Goldstein | on behalf of Debtor Saglara Mills sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8