UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Barbara A. Edwards, Interim Trustee
Muscarella, Bochet, Edwards & D'Alessandro, PC
10-04 River Road
Fair Lawn, NJ 07410
Telephone: 201-796-3100

Order Filed on December 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Saglara Mills
            Debtor.

Case No.: 18-24115

Chapter: 7

Judge: R. Gambardella

## ORDER AUTHORIZING RETENTION OF

Muscarella, Bochet, Edwards & D'Alessandro, PC

The relief set forth on the following page is **ORDERED**.

**DATED: December 23, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  Muscarella,Bochet,Edwards&D'Alessandro

as _____Counsel to Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:  10-04 River Road

   Fair Lawn, NJ 07410

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-24115-RG

Saglara Mills  Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Saglara Mills, 16 Hollywood Avenue, Cranford, NJ 07016-3114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barbara Edwards | on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com  NJ48@ecfcbis.com |
| Barbara Edwards | bedwardstrustee@aol.com  NJ48@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Nicholas V. Rogers | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Scott J. Goldstein | on behalf of Debtor Saglara Mills sjg@sgoldsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 23, 2020 | Form ID: pdf903 | Total Noticed: 1 |

cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8