UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Muscarella, Bochet, Edwards & D'Alessandro, P.C.**
10-04 River Road
Fair Lawn, New Jersey 07410
Telephone: 201-796-3100
Counsel to Trustee

In re:

**SAGLARA MILLS,**

                              Debtor.

Order Filed on January 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-24115-RG

Adv. Pro. No.

Hearing Date: None

Judge: Rosemary Gambardella

## ORDER APPOINTING
## SPECIAL LITIGATION COUNSEL TO TRUSTEE

    The relief set forth on the following pages, numbered two(2) through _____ is hereby **ORDERED.**

**DATED: January 21, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page Two (2)
RE:       Saglara Mills, Debtor
          Chapter 7; Case No. 18-24115-RG
CAPTION:  ORDER APPOINTING SPECIAL LITIGATION COUNSEL TO TRUSTEE

---

**THIS MATTER**, being opened to the Court by the firm of Muscarella, Bochet, Edwards & D'Alessandro , P.C., Counsel to Barbara A. Edwards, Interim Trustee in the above-captioned matter, and application having been made to the Court for authorization to retain special litigation counsel to trustee and good cause appearing for the entry of this Order; it is

**ORDERED** that Blume, Forte, Fried, Zerres & Molinari, P.C., One Main Street, Chatham, NJ 07928 be and is hereby retained as Special Litigation Counsel to trustee herein to represent her in connection with an asset of the bankruptcy proceeding which is a claim for personal injury incurred by debtor, Saglara Mills, as a result of a motor vehicle accident that occurred on August 19, 2015 on Tonnelle Avenue, Jersey City, NJ which involved an underinsured vehicle, which claim forms the basis of an action currently pending in the Superior Court of New Jersey, Law Division, Hudson County, bearing Docket No. HUD-L-1027-20 and is entitled **Saglara Mills vs. Plymouth Rock Assurance and/or ABC Corp. (a fictitious name),** with compensation for services to be determined hereinafter upon application to this Court.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-24115-RG

Saglara Mills  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2

Date Rcvd: Jan 25, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Saglara Mills, 16 Hollywood Avenue, Cranford, NJ 07016-3114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 27, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barbara Edwards | on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com  NJ48@ecfcbis.com |
| Barbara Edwards | on behalf of Attorney Muscarella  Bochet, Edwards & D'Alessandro, P.C. bedwardstrustee@aol.com, NJ48@ecfcbis.com |
| Barbara Edwards | bedwardstrustee@aol.com  NJ48@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Nicholas V. Rogers | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 25, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Scott J. Goldstein
    on behalf of Debtor Saglara Mills sjg@sgoldsteinlaw.com
    cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9