UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  						Case No. 18-24115-RG

SAGLARA MILLS,					Chapter 7

						Judge: Rosemary Gambardella

_____

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**
_____

<u>BARBARA A. EDWARDS, Interim Trustee</u>, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later than 7 days before the hearing date.

| Address of Clerk: | Clerk, U.S. Bankruptcy Court, DNJ<br>PO Box 1352<br>Newark, NJ 07101-1352 |
|---|---|

If an objection is filed, a hearing will be held before The Honorable Rosemary Gambardella on June 8, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3E. (Hearing date must be at least 28 days from the date of this notice.) If no objection is filed, the clerk will enter a Certification of No Objection and the settlement may be completed as proposed.

**Nature of action:** Debtor suffered bodily injuries in a motor vehicle accident on August 19, 2015. An action has been commenced in Hudson County Superior Court arising from the accident. Trustee has retained special litigation counsel to pursue the claim.

**Pertinent Terms of settlement**: An offer of $165,000.00 has been received in full and final settlement of any and all claims for benefits from Palisades Insurance Company. Trustee, upon the advice of special litigation counsel, believes that the proposed offer is fair and reasonable given the nature and extent of the injuries and the uncertainty of litigation.

Objections must be served on, and requests for additional information directed to:
Names:     /s/ Barbara A. Edwards, Interim Trustee
           c/o Muscarella, Bochet, Edwards & D'Alessandro, P.C
           10-04 River Road, Fair Lawn, NJ 07410
           Fair Lawn, NJ 07410

United States Bankruptcy Court

District of New Jersey

In re:  
Saglara Mills  
    Debtor

Case No. 18-24115-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: May 03, 2021      Form ID: pdf905      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saglara Mills, 16 Hollywood Avenue, Cranford, NJ 07016-3114 |
| aty | + | Muscarella, Bochet, Edwards & D'Alessandro, P.C., 10-04 River Road, Fair Lawn, NJ 07410-1433 |
| aty | + | Muscarella, Bochet, Edwards & D'Alessandro, PC, 10-04 River Road, Fair Lawn, NJ 07410-1433 |
| sp | + | Blume, Forte, Fried, Zerres & Molinari, P.C., One Main Street, Chatham, NJ 07928-2426 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517644889 | | American Anesthesiology of NJ, 94 Old Short Hills Road #103a, Livingston, NJ 07039-5672 |
| 517644890 | + | Bank of America, Attn: Correspondence Unit, CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 517644892 | | Bloomingdales, PO Box 183083, Atlanta, GA 30348 |
| 517644897 | + | Citibank/Home Depot, Client Services, Inc., PO Box 1503, Saint Peters, MO 63376-0027 |
| 517644898 | | City Electric Supply, 619 Grand Street & Johnson Ave, Jersey City, NJ 07304 |
| 517644900 | + | Craig J. Miklencic, 207 South Union Ave, Cranford, NJ 07016-2807 |
| 517644901 | + | Cranford Twp Building Dept, 8 Springfield Ave, Cranford, NJ 07016-2181 |
| 517644902 | + | Daimler Truck Financial, 8430 W Bryn Mawr Ave, Chicago, IL 60631-3473 |
| 517644904 | + | IRMS at Saint Barnabas, 116 Newark Ave, 2nd Fl, Jersey City, NJ 07302-2960 |
| 517644905 | + | Jose Rosario, 16 Hollywood Avenue, Cranford, NJ 07016-3114 |
| 517644906 | + | Lakeview Loan Servicing, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 517644907 | + | Lexus Financial Services, PO Box 105386, Atlanta, GA 30348-5386 |
| 517644908 | + | Liberty Mutual Insurance Co, 200 Cottontail Lane, Ste A101W, Somerset, NJ 08873-1231 |
| 517644913 | + | NJ Dept of Labor & Workforce Development, 1 John Fitch Plz, Trenton, NJ 08611-1760 |
| 517644911 | | Newark Ironbound Electrical Supply Co, 261 South Street, Newark, NJ 07114 |
| 517644912 | + | NextWave Enterprises, LLC, 5757 Blue Lagoon Drive, Suite 170, Miami, FL 33126-2076 |
| 517644915 | + | PenFed, 23 Little Falls Road, Fairfield, NJ 07004-1912 |
| 517644916 | + | Ricardo P. Gonzalez, Esq., 111 Northfield Ave, Ste 203, West Orange, NJ 07052-4703 |
| 517644917 | + | Rosmar Construction, LLC, 16 Hollywood Ave, Clifton, NJ 07014 |
| 517644918 | + | Rosmar Construction, LLC, 16 Hollywood Ave, Cranford, NJ 07016-3114 |
| 517644919 | + | State of NJ, Division of Wage & Hour Compliance, 1 John Fitch Plz #3, Trenton, NJ 08611-1760 |
| 517644921 | + | T&T Industries, 1835 Dawns Way #A, Fullerton, CA 92831-5301 |
| 517797521 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517644922 | + | Us Dept Of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 517644923 | + | Village Electrical Contractors LLC, 16 Hollywood Ave, Cranford, NJ 07016-3114 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 03 2021 21:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 03 2021 21:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517644888 | + | Email/Text: EBNProcessing@afni.com | May 03 2021 21:48:00 | Afni, 1310 Martin Luther King Drive, PO Box 3427, Bloomington, IL 61702-3427 |
| 517644893 | | Email/Text: andy.shaw@bluevine.com | May 03 2021 21:45:00 | Bluevine Capital, Inc., 401 Warren Street, Suite 300, Redwood City, CA 94063 |
| 517644896 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 18-24115-RG   Doc 42   Filed 05/05/21   Entered 05/06/21 00:17:45   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: pdf905 | Total Noticed: 51 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 03 2021 22:55:19 | Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 517644894 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 03 2021 22:56:29 | Capital One, Bankruptcy Department, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 517644899 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2021 21:47:00 | Comenity Bank, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 517644903 | | Email/Text: bankruptcy@frost-arnett.com | May 03 2021 21:43:00 | Frost-Arnett Co., PO Box 198988, Nashville, TN 37219-8988 |
| 517644895 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 03 2021 22:55:12 | Chase, Attn: Bankruptcy Dept, Po Box 15298, Wilmington, DE 19850 |
| 519130520 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2021 22:55:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517644909 | + | Email/Text: M74banko@daimler.com | May 03 2021 21:48:00 | Mercedes Benz Financial Services, PO Box 685, Roanoke, TX 76262-0685 |
| 517644910 | + | Email/PDF: pa_dc_claims@navient.com | May 03 2021 22:57:51 | Navient, 123 Justison Street, Wilmington, DE 19801-5363 |
| 519047613 | | Email/PDF: pa_dc_claims@navient.com | May 03 2021 22:55:16 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517644914 | + | Email/Text: bnc@nordstrom.com | May 03 2021 21:45:22 | Nordstrom Bank, PO Box 79134, Phoenix, AZ 85062-9134 |
| 519057391 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2021 22:57:52 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 519161686 | | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2021 22:55:18 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519161687 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 03 2021 22:56:35 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 519129723 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2021 22:55:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517644920 | | Email/PDF: gecsedi@recoverycorp.com | May 03 2021 22:57:46 | Synchrony Bank, Attn: Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 517646578 | + | Email/PDF: gecsedi@recoverycorp.com | May 03 2021 22:56:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519109234 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 03 2021 22:57:53 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517644891 | *+ | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 519131801 | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

Case 18-24115-RG    Doc 42    Filed 05/05/21    Entered 05/06/21 00:17:45    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: pdf905 | Total Noticed: 51 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2021            Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barbara Edwards | on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com  NJ48@ecfcbis.com |
| Barbara Edwards | on behalf of Attorney Muscarella  Bochet, Edwards & D'Alessandro, P.C. bedwardstrustee@aol.com, NJ48@ecfcbis.com |
| Barbara Edwards | bedwardstrustee@aol.com  NJ48@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Nicholas V. Rogers | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Scott J. Goldstein | on behalf of Debtor Saglara Mills sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9