Craig J. Miklencic

207 S Union Avenue

Cranford NJ 07016

May 10, 2021

Clerk, US Bankruptcy Court, DNJ

PO Box 1352

Newark, NJ 07101

Re: Case # 18-241115-RG, Notice of Proposed Compromise

To Whom It May Concern:

As a creditor by way of Default Judgement under Docket # SC-606-18, filed October 18, 2018, I strongly object to this proposed compromise. On June 26, 2017, Ms. Saglara Mills drove her uninsured 2015 Lexus into the rear of my vehicle, causing property damage.

I was forced to sue in small claims court in an attempt to recover the damages that I suffered as a result.

Ms. Mills and her husband and business partner, Jose Rosario continue to operate several business ventures including Rosmar Construction and Gecko Construction Corporation.

I hereby demand payment of the money awarded to me in the judgement in full. Ms. Mills appeared to be in fine physical condition when I interacted with her.

Sincerely,

Craig J. Miklencic

Miklencic
207 S Union Ave
Cranford NJ 07016

Clerk, US Bankruptcy Court, DNJ
PO Box 1352
Newark, NJ 07101

07101-135252

DV DANIELS NJ 070
14 MAY 2021 PM 3 L

