Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 18−24115−RG
           Chapter: 7
           Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Saglara Mills
   fdba Rosmar Construction, LLC, fdba
   Lifecare Family Chiropractic, PC, fdba
   Village Electrical Contractor, LLC, fdba
   Brooklyn Precision Chiropractic PC
   16 Hollywood Avenue
   Cranford, NJ 07016

Social Security No.:
   xxx−xx−5969

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/8/21 at 10:00 AM

to consider and act upon the following:

**44** − Letter Objection to Notice of Proposed Compromise (related document:41 Notice of Proposed Compromise or Settlement of Controversy re: Bodily injuries suffered by debtor in a motor vehicle accident on 8/19/2015.. Hearing scheduled for 06/08/2021 @ 10:00 am. Filed by Barbara Edwards on behalf of Barbara Edwards. Objections due by 06/1/2021. filed by Trustee Barbara Edwards) filed by Craig Miklencic. (dlr)

Dated: 5/24/21

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court