UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MUSCARELLA, BOCHET,
EDWARDS & D'ALESSANDRO, P.C.**
10-04 River Road
Fair Lawn, New Jersey 07410
(201)796-3100
Counsel to Trustee
BAE7510

Order Filed on July 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

**SAGLARA MILLS,**

           Debtor.

Chapter 7

Case No. 18-24115-RG

Hearing date: 6/29/21

Judge: Rosemary Gambardella

## ORDER APPROVING SETTLEMENT

The relief set forth on the following page(s) numbered two (2) is hereby

ORDERED

DATED: July 13, 2021

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)
Re:  Saglara Mills, Debtor
     Chapter 7; Case No. 18-24115-RG
     **ORDER APPROVING SETTLEMENT**

---

**THIS MATTER,** having been opened to the Court upon an objection filed on May 24, 2021 to the proposed settlement of debtor's claim for personal injuries from a motor vehicle accident on August 19, 2019 and the Court having considered the affidavit of special litigation counsel in support of the proposed settlement and the arguments of counsel and good cause having been shown; it is

**ORDERED** that the proposed settlement in the total sum of $180,000.00 be and the same is hereby approved as fair and reasonable under the circumstances; and it is further

**ORDERED** that any and all objections to said settlement be and the same are hereby denied.