UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MUSCARELLA, BOCHET, EDWARDS & D'ALESSANDRO, P.C.**
10-04 River Road
Fair Lawn, New Jersey 07410
(201)796-3100
Counsel to Trustee
BAE7510

Order Filed on July 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

**SAGLARA MILLS,**

            Debtor.

Chapter 7

Case No. 18-24115-RG

Hearing date: 6/29/21

Judge: Rosemary Gambardella

## ORDER APPROVING SETTLEMENT

The relief set forth on the following page(s) numbered two (2) is hereby

ORDERED

DATED: July 13, 2021

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)
Re:   Saglara Mills, Debtor
      Chapter 7; Case No. 18-24115-RG
      **ORDER APPROVING SETTLEMENT**

---

**THIS MATTER,** having been opened to the Court upon an objection filed on May 24, 2021 to the proposed settlement of debtor's claim for personal injuries from a motor vehicle accident on August 19, 2019 and the Court having considered the affidavit of special litigation counsel in support of the proposed settlement and the arguments of counsel and good cause having been shown; it is

**ORDERED** that the proposed settlement in the total sum of $180,000.00 be and the same is hereby approved as fair and reasonable under the circumstances; and it is further

**ORDERED** that any and all objections to said settlement be and the same are hereby denied.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 18-24115-RG
Saglara Mills                                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                    Page 1 of 2
Date Rcvd: Jul 14, 2021                Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Saglara Mills, 16 Hollywood Avenue, Cranford, NJ 07016-3114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2021                          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barbara Edwards | on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com NJ48@ecfcbis.com |
| Barbara Edwards | on behalf of Attorney Muscarella Bochet, Edwards & D'Alessandro, P.C. bedwardstrustee@aol.com, NJ48@ecfcbis.com |
| Barbara Edwards | bedwardstrustee@aol.com NJ48@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Nicholas V. Rogers | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 14, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Scott J. Goldstein
    on behalf of Debtor Saglara Mills sjg@sgoldsteinlaw.com
    cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9