Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                         Case No.:  18−24115−RG
                         Chapter:  7
                         Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Saglara Mills
    fdba Rosmar Construction, LLC, fdba
    Lifecare Family Chiropractic, PC, fdba
    Village Electrical Contractor, LLC, fdba
    Brooklyn Precision Chiropractic PC
    16 Hollywood Avenue
    Cranford, NJ 07016

Social Security No.:
   xxx−xx−5969

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       10/19/21
Time:      10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

      The following applications for compensation have been filed:

APPLICANT(S)
BLUME, FORTE, FRIED,
ZERRES & MOLINARI, P.C. John E. Molinari, Special Counsel for the Debtor

COMMISSION OR FEES
$59,336.14

EXPENSES
$1,991.57

If this is a chapter 13 case, the fees and expenses awarded:

      ☐    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 22, 2021
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 18-24115-RG

Saglara Mills                                                                           Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 1 of 3

Date Rcvd: Sep 22, 2021　　　　　　　　　　　　Form ID: 137　　　　　　　　　　　　　　Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#　　　　Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saglara Mills, 16 Hollywood Avenue, Cranford, NJ 07016-3114 |
| aty | + | Muscarella, Bochet, Edwards & D'Alessandro, P.C., 10-04 River Road, Fair Lawn, NJ 07410-1433 |
| aty | + | Muscarella, Bochet, Edwards & D'Alessandro, PC, 10-04 River Road, Fair Lawn, NJ 07410-1433 |
| sp | + | Blume, Forte, Fried, Zerres & Molinari, P.C., One Main Street, Chatham, NJ 07928-2426 |
| intp | + | Craig Miklencic, 207 S Union Avenue, Cranford, NJ 07016-2807 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517644889 | | American Anesthesiology of NJ, 94 Old Short Hills Road #103a, Livingston, NJ 07039-5672 |
| 517644890 | + | Bank of America, Attn: Correspondence Unit, CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 517644892 | | Bloomingdales, PO Box 183083, Atlanta, GA 30348 |
| 517644897 | + | Citibank/Home Depot, Client Services, Inc., PO Box 1503, Saint Peters, MO 63376-0027 |
| 517644898 | | City Electric Supply, 619 Grand Street & Johnson Ave, Jersey City, NJ 07304 |
| 517644900 | + | Craig J. Miklencic, 207 South Union Ave, Cranford, NJ 07016-2807 |
| 517644901 | + | Cranford Twp Building Dept, 8 Springfield Ave, Cranford, NJ 07016-2181 |
| 517644902 | + | Daimler Truck Financial, 8430 W Bryn Mawr Ave, Chicago, IL 60631-3473 |
| 517644904 | + | IRMS at Saint Barnabas, 116 Newark Ave, 2nd Fl, Jersey City, NJ 07302-2960 |
| 517644905 | + | Jose Rosario, 16 Hollywood Avenue, Cranford, NJ 07016-3114 |
| 517644906 | + | Lakeview Loan Servicing, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 517644907 | + | Lexus Financial Services, PO Box 105386, Atlanta, GA 30348-5386 |
| 517644908 | + | Liberty Mutual Insurance Co, 200 Cottontail Lane, Ste A101W, Somerset, NJ 08873-1231 |
| 517644913 | + | NJ Dept of Labor & Workforce Development, 1 John Fitch Plz, Trenton, NJ 08611-1760 |
| 517644911 | | Newark Ironbound Electrical Supply Co, 261 South Street, Newark, NJ 07114 |
| 517644912 | #+ | NextWave Enterprises, LLC, 5757 Blue Lagoon Drive, Suite 170, Miami, FL 33126-2076 |
| 517644915 | + | PenFed, 23 Little Falls Road, Fairfield, NJ 07004-1912 |
| 517644916 | + | Ricardo P. Gonzalez, Esq., 111 Northfield Ave, Ste 203, West Orange, NJ 07052-4703 |
| 517644917 | + | Rosmar Construction, LLC, 16 Hollywood Ave, Clifton, NJ 07014 |
| 517644918 | + | Rosmar Construction, LLC, 16 Hollywood Ave, Cranford, NJ 07016-3114 |
| 517644919 | + | State of NJ, Division of Wage & Hour Compliance, 1 John Fitch Plz #3, Trenton, NJ 08611-1760 |
| 517644921 | + | T&T Industries, 1835 Dawns Way #A, Fullerton, CA 92831-5301 |
| 517797521 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517644922 | + | Us Dept Of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 517644923 | + | Village Electrical Contractors LLC, 16 Hollywood Ave, Cranford, NJ 07016-3114 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517644888 | + | Email/Text: EBNProcessing@afni.com | Sep 22 2021 20:27:00 | Afni, 1310 Martin Luther King Drive, PO Box 3427, Bloomington, IL 61702-3427 |

Case 18-24115-RG    Doc 58    Filed 09/24/21    Entered 09/25/21 00:12:03    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2021 | Form ID: 137 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517644893 | | Email/Text: andy.shaw@bluevine.com | Sep 22 2021 20:27:00 | Bluevine Capital, Inc., 401 Warren Street, Suite 300, Redwood City, CA 94063 |
| 517644896 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2021 20:26:32 | Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 517644894 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 22 2021 20:26:35 | Capital One, Bankruptcy Department, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 517644899 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2021 20:27:00 | Comenity Bank, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 517644903 | | Email/Text: bankruptcy@frost-arnett.com | Sep 22 2021 20:27:00 | Frost-Arnett Co., PO Box 198988, Nashville, TN 37219-8988 |
| 517644895 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 22 2021 20:26:35 | Chase, Attn: Bankruptcy Dept, Po Box 15298, Wilmington, DE 19850 |
| 519130520 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2021 20:26:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517644909 | + | Email/Text: M74banko@daimler.com | Sep 22 2021 20:27:00 | Mercedes Benz Financial Services, PO Box 685, Roanoke, TX 76262-0685 |
| 517644910 | + | Email/PDF: pa_dc_claims@navient.com | Sep 22 2021 20:26:31 | Navient, 123 Justison Street, Wilmington, DE 19801-5363 |
| 519047613 | | Email/PDF: pa_dc_claims@navient.com | Sep 22 2021 20:26:37 | Navient Solutions, LLC. On behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517644914 | + | Email/Text: bnc@nordstrom.com | Sep 22 2021 20:27:55 | Nordstrom Bank, PO Box 79134, Phoenix, AZ 85062-9134 |
| 519057391 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2021 20:26:38 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 519161686 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2021 20:26:32 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519161687 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2021 20:26:38 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 519129723 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2021 20:26:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517644920 | | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2021 20:26:30 | Synchrony Bank, Attn: Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 517646578 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2021 20:26:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519109234 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 22 2021 20:26:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517644891 | *+ | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 519131801 | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Barbara Edwards | on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com  NJ48@ecfcbis.com |
| Barbara Edwards | on behalf of Attorney Muscarella  Bochet, Edwards & D'Alessandro, P.C. bedwardstrustee@aol.com, NJ48@ecfcbis.com |
| Barbara Edwards | bedwardstrustee@aol.com  NJ48@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Nicholas V. Rogers | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Scott J. Goldstein | on behalf of Debtor Saglara Mills sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9