Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24115−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Saglara Mills
   fdba Rosmar Construction, LLC, fdba
   Lifecare Family Chiropractic, PC, fdba
   Village Electrical Contractor, LLC, fdba
   Brooklyn Precision Chiropractic PC
   16 Hollywood Avenue
   Cranford, NJ 07016

Social Security No.:
   xxx−xx−5969

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on October 19, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 60 − 56
Order Granting Application For Compensation for Blume, Forte, Fried, Zerres & Molinari, P.C., fees awarded: $59,336.14, expenses awarded: $1,991.57 (Related Doc # 56). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/19/2021. (car)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 19, 2021
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-24115-RG |
| Saglara Mills | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 19, 2021 | Form ID: orderntc | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saglara Mills, 16 Hollywood Avenue, Cranford, NJ 07016-3114 |
| aty | + | Muscarella, Bochet, Edwards & D'Alessandro, P.C., 10-04 River Road, Fair Lawn, NJ 07410-1433 |
| aty | + | Muscarella, Bochet, Edwards & D'Alessandro, PC, 10-04 River Road, Fair Lawn, NJ 07410-1433 |
| sp | + | Blume, Forte, Fried, Zerres & Molinari, P.C., One Main Street, Chatham, NJ 07928-2426 |
| intp | + | Craig Miklencic, 207 S Union Avenue, Cranford, NJ 07016-2807 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2021 20:35:38 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barbara Edwards | bedwardstrustee@aol.com  NJ48@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 19, 2021 | Form ID: orderntc | Total Noticed: 7 |

Barbara Edwards
    on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com NJ48@ecfcbis.com

Barbara Edwards
    on behalf of Attorney Muscarella Bochet, Edwards & D'Alessandro, P.C. bedwardstrustee@aol.com, NJ48@ecfcbis.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Nicholas V. Rogers
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC nj.bkecf@fedphe.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Scott J. Goldstein
    on behalf of Debtor Saglara Mills sjg@sgoldsteinlaw.com
    cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9