| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| BLUME, FORTE, FRIED, ZERRES & MOLINARI, P.C. |
| One Main Street |
| Chatham, New Jersey 07928 |
| (973)635-5400 |
| John E. Molinari, Esq. |
| NEW JERSEY ATTORNEY ID NO.: 023571986 |
| Special Counsel for Debtor |

Order Filed on October 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Saglara Mills, Debtor

Case No.:         18-24115-RG

Hearing Date:    October 19, 2021

Judge:           Rosemary Gambardella

Chapter:                7

**ORDER GRANTING ALLOWANCES**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 19, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| John E. Molinari, Esq. | $59,336.14 | $1,991.57 |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Saglara Mills  
    Debtor

Case No. 18-24115-RG  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Saglara Mills, 16 Hollywood Avenue, Cranford, NJ 07016-3114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barbara Edwards | on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com NJ48@ecfcbis.com |
| Barbara Edwards | on behalf of Attorney Muscarella Bochet, Edwards & D'Alessandro, P.C. bedwardstrustee@aol.com, NJ48@ecfcbis.com |
| Barbara Edwards | bedwardstrustee@aol.com NJ48@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Nicholas V. Rogers | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Scott J. Goldstein
    on behalf of Debtor Saglara Mills sjg@sgoldsteinlaw.com
    cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9