Form order − ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−24115−RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Saglara Mills
  fdba Rosmar Construction, LLC, fdba
  Lifecare Family Chiropractic, PC, fdba
  Village Electrical Contractor, LLC, fdba
  Brooklyn Precision Chiropractic PC
  16 Hollywood Avenue
  Cranford, NJ 07016

Social Security No.:
  xxx−xx−5969

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 25, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 65 − 60
Amended Order Granting Application For Compensation for Blume, Forte, Fried, Zerres & Molinari, PC (related document:60 Order on Application for Compensation). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/25/2021. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 25, 2021
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Saglara Mills

     Debtor

Case No. 18-24115-RG

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 25, 2021 | Form ID: orderntc | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saglara Mills, 16 Hollywood Avenue, Cranford, NJ 07016-3114 |
| aty | + | Muscarella, Bochet, Edwards & D'Alessandro, P.C., 10-04 River Road, Fair Lawn, NJ 07410-1433 |
| aty | + | Muscarella, Bochet, Edwards & D'Alessandro, PC, 10-04 River Road, Fair Lawn, NJ 07410-1433 |
| sp | + | Blume, Forte, Fried, Zerres & Molinari, P.C., One Main Street, Chatham, NJ 07928-2426 |
| intp | + | Craig Miklencic, 207 S Union Avenue, Cranford, NJ 07016-2807 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 25 2021 20:38:45 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2021                  Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Barbara Edwards | |
| | bedwardstrustee@aol.com  NJ48@ecfcbis.com |

District/off: 0312-2        User: admin        Page 2 of 2

Date Rcvd: Oct 25, 2021        Form ID: orderntc        Total Noticed: 7

Barbara Edwards
> on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com  NJ48@ecfcbis.com

Barbara Edwards
> on behalf of Attorney Muscarella  Bochet, Edwards & D'Alessandro, P.C. bedwardstrustee@aol.com, NJ48@ecfcbis.com

Denise E. Carlon
> on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Nicholas V. Rogers
> on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj.bkecf@fedphe.com

Rebecca Ann Solarz
> on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Scott J. Goldstein
> on behalf of Debtor Saglara Mills sjg@sgoldsteinlaw.com
> cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com

U.S. Trustee
> USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
> USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9