Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18–24115–RG
        Chapter: 7
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Saglara Mills
    fdba Rosmar Construction, LLC, fdba
    Lifecare Family Chiropractic, PC, fdba
    Village Electrical Contractor, LLC, fdba
    Brooklyn Precision Chiropractic PC
    16 Hollywood Avenue
    Cranford, NJ 07016

Social Security No.:
    xxx–xx–5969

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barbara Edwards is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 9, 2022</u>        <u>Rosemary Gambardella</u>
                                      Judge, United States Bankruptcy Court